**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

REPAIRIFY, INC.,
d/b/a Collision Diagnostic Services,

    Plaintiff,

vs.                                  Case No. 3:16-cv-984-J-34JRK

AIRPRO DIAGNOSTICS, LLC, et al.,

    Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Repairify's Motion for Preliminary Injunction (Doc. No. 41; Motion), filed on December 27, 2016. On January 11, 2017, the Defendants filed their Response in Opposition to Repairify's Motion for Preliminary Injunction (Doc. No. 47; Response). In support of its Motion, on January 17, Repairify filed Plaintiff's Reply Memorandum (Doc. No. 48; Reply). The Court has considered all of the written submissions of the parties, and has heard further argument at a hearing held on January 20, 2017, the record of which is incorporated herein by reference. For the reasons stated on the record, it is

**ORDERED**:

Plaintiff Repairify's Motion for Preliminary Injunction (Doc. No. 41) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, on January 23, 2017.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

1

lc24

Copies to:

Counsel of Record