United States District Court
Middle District of Florida
Jacksonville Division

**REPAIRIFY, INC.,**

    *Plaintiff*,

v.                                                                                 No. 3:16-cv-984-J-34JRK

**AIRPRO DIAGNOSTICS, LLC,**
**CHARLES OLSEN, & WILFREDO RODRIGUEZ,**

    *Defendants.*

## Clerk's Minutes

| Proceeding | Settlement Conference |
|---|---|
| Date | June 9, 2017 |
| Time | 10:03 a.m.–5:30 p.m. |
| Judge | Patricia Barksdale, United States Magistrate Judge |
| Courtroom Deputy | Angela Loeschen, Courtroom Deputy |
| Counsel for Plaintiff | Michael Demont, Esquire<br>Jim Bolling, Esquire |
| Counsel for Defendants | Geoffrey Heekin, Esquire<br>Austin Hamilton, Esquire |
| Digital/Reporter | Digital |

Messrs. Demont and Bolling were present for the plaintiff. Doug Kelly and Lisa Delong, Esquire, were present as corporate representatives.

Mr. Rodriguez was present with Messrs. Heekin and Hamilton. Lonnie Margol was present as a corporate representative. Mr. Heekin advised that, as previously permitted, Mr. Olsen will be arriving later.

Judge Barksdale met separately with each party.

The parties settled the case.

At the parties' request, the settlement agreement will be filed separately.