UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

REPAIRIFY, INC.,

    Plaintiff,

v.                                    Case No. 3:16-cv-984-J-34-JRK

AIRPRO DIAGNOSTICS, LLC, CHARLES
OLSEN and WILFREDO RODRIGUEZ,

    Defendants.
_____/

## SETTLEMENT AGREEMENT

THIS SETTLEMENT AGREEMENT (the "Agreement") is made as of June ___9___, 2017 (the "Effective Date"), between **REPAIRIFY, INC.** ("Repairify"), on the one hand, and **AIRPRO DIAGNOSTICS, LLC** ("AirPro"), **CHARLES OLSEN** ("Olsen") and **WILFREDO RODRIGUEZ** ("Rodriguez") (collectively, the "AirPro Parties" and each individually, an "AirPro Party"), on the other hand (collectively, Repairify and the AirPro Parties are "Parties," and each is a "Party" to this Agreement), pursuant to which the Parties agree to the following terms:

1.     The Parties agree that none of the Parties will pay each other anything.

2.     Within five working days of the Effective Date, the Parties will file a stipulation of voluntary dismissal of this action with prejudice, with each Party bearing its or his own costs, expenses and attorney's fees.

3.     **Release of Olsen from Employment Agreement.** Subject to the express terms of this Agreement, Olsen is hereby released from any and all obligations under the employment agreement between Repairify and Olsen.

4.     **Release of Rodriguez from Employment Agreement.** Subject to the express terms of this Agreement, Rodriguez is hereby released from any and all obligations under the employment agreement between Repairify and Rodriguez.

5.     **Release of Claims by Repairify.** Except for the obligations in this Agreement, Repairify, its agents, successors, and assigns release each of the AirPro Parties,

together with their respective agents, successors, and assigns, of all claims, known and unknown, Repairify has against any of them.

The foregoing release includes, but is not limited to, any claims for false advertisement under the Lanham Act (15 U.S.C. §§ 1125, *et seq.*), violations of Florida's Deceptive and Unfair Trade Practices Act (Fla. Stat. §§ 501.204), tort claims, breach of contract claims, employment related claims, and any claims to attorneys' fees or expenses. Accordingly, the foregoing release includes, but is not limited to, any claims which have been asserted or could have been asserted or could be asserted under any and all federal, state or local laws, rules, regulations, constitutions, ordinances, and any common law claims now or hereafter recognized.

6. **Release of Claims by the AirPro Parties.** Except for the obligations in this Agreement, each of the AirPro Parties, their respective agents, successors, and assigns, release Repairify, together with its agents, successors, and assigns, of all claims, known and unknown, any of the AirPro Parties have against Repairify.

The foregoing release includes, but is not limited to, any claims for false advertisement under the Lanham Act (15 U.S.C. §§ 1125, *et seq.*), violations of Florida's Deceptive and Unfair Trade Practices Act (Fla. Stat. §§ 501.204), tort claims, breach of contract claims, employment related claims, and any claims to attorneys' fees or expenses. Accordingly, the foregoing release includes, but is not limited to, any claims which have been asserted or could have been asserted or could be asserted under any and all federal, state or local laws, rules, regulations, constitutions, ordinances, and any common law claims now or hereafter recognized.

7. **Entire Agreement.** This Agreement represents the entire understanding and agreement between and/or among the Parties. The Parties acknowledge, warrant, and represent there are no other agreements between the Parties, either oral or in writing, that are in effect and/or that impair the scope of this Agreement, its validity, binding effect, or enforceability.

8. **Authority to Execute on Behalf of the Party Entities.** Each of the individuals signing this Agreement on behalf of any entity Party represents that he or she has full and complete authority to enter into this Agreement on its behalf and that the entity is hereby fully and completely legally bound.

9. **Modification of Agreement.** No provisions of this Agreement may be discharged, abandoned, supplemented, changed, modified, amended or waived in any manner, oral or otherwise, other than by a written document executed and delivered by the Parties.

10. **Counterparts as Originals.** This Agreement may be signed in two or more counterparts, each of which shall be deemed an original but all of which, when taken

together, shall constitute one and the same instrument. Further, true and accurate scanned, photocopy or facsimile copies of this signed Agreement shall be deemed identical to the original for purposes of this Agreement and shall be given full force and effect.

11. **Benefit of Counsel and No Duress.** The Parties warrant, represent, and acknowledge that they have executed and delivered this Agreement following adequate opportunities for full discussion of the terms of this Agreement with their respective legal counsel and that they have had sufficient time and opportunity to review the form and substance of this Agreement before executing and delivering it. Additionally, the Parties warrant, represent and acknowledge that execution of this Agreement has been voluntary and represents an act of free will of each Party and further that they have executed and delivered this Agreement without any duress, coercion or wrongful pressure, whatsoever, imposed by either Party to this Agreement, by any person or entity acting on behalf of or in connection with either Party or by any independent third party.

12. **Choice of Law and Attorneys' Fees.** This Agreement shall be governed by the laws of the State of Florida applicable to contracts made and performed in Florida. ~~In any action arising out of or relating to this Agreement, the Parties agree that the prevailing Party shall have a right to recover its attorneys' fees and costs from the non-prevailing Party~~. The Parties have executed this Agreement as of the Effective Date.

**ACKNOWLEDGED AND AGREED:**

REPAIRIFY, INC.

By: _____
Douglas Kelly
Its President

AIRPRO DIAGNOSTICS, LLC

By: _____
Lonnie E. Margol
Its Manager Member

_____
Charles Olsen, individually

_____
Wilfredo Rodriguez, individually

3